IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 214

| | |
|---|---|
| FREDRIC S. LEEMAN, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>CENTREX PROPERTIES, INC.; J.D.R. )<br>ASSOCIATES, L.L.C.; and J.D.R. HOTEL )<br>COMPANY, L.L.C., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Clifford C. Marshall, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Philip O. Watts. It appearing that Philip O. Watts is a member in good standing with the Oklahoma State Bar and will be appearing with Clifford C. Marshall, Jr., a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Clifford C. Marshall, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#9) of Philip O. Watts is **GRANTED**, and that Philip O. Watts is **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Clifford C. Marshall, Jr.

Signed: October 22, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge