THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00214-MR-DLH

| | |
|---|---|
| **FREDERIC S. LEEMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>**O R D E R**</u> |
| ) | |
| ) | |
| **CENTREX PROPERTIES, INC.,** ) | |
| **J.D.R. ASSOCIATES, LLC, and** ) | |
| **J.D.R. HOTEL COMPANY, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' notice to the Court that this matter has been settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the summary judgment hearing scheduled for July 9, 2013 is hereby **CANCELLED**.

**IT IS SO ORDERED.**

Signed: July 1, 2013

Martin Reidinger
United States District Judge